IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

USA
Plaintiff(s),

v.

Carlos Nieves,
Defendant(s).

Case No. 15 CR 134
Judge Jorge L. Alonso

### ORDER

Change of plea hearing held. Defendant withdraws plea of not guilty and enters a plea of guilty. The court defers accepting defendant's plea of guilty to Count One in the Indictment until the sentencing hearing. Enter Plea Agreement. This cause is referred to the U.S. Probation office for a presentence investigation. Sentencing hearing set for 9/27/17 at 1:00 p.m. The Court directs the Probation Officer to send a copy of the Probation's Sentencing Recommendation to both counsel. In the interest of justice, time is hereby excluded to 9/27/17 pursuant to the provisions of the Speedy Trial Act, 18 USC § 3161(h)(7)(A)(B) and 18 USC § 3161 (h)(1)(D). (X-T) (X-E)

00:30

Date: 6/20/2017

_____
Jorge L. Alonso
United States District Judge